| Attorney or Party Name, Address, Telephone and Fax Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Anthony O. Egbase<br>The World Trade Center<br>350 S. Figueroa Street, Suite 189<br>Los Angeles, CA 90071<br>213-620-7070 Fax: 213-620-1200<br>California State Bar Number: 181721<br><br>*Attorney for Plaintiff* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Ray Vincent Vargas, Jr.<br>Margarita Vargas<br><br>Debtor. | CHAPTER __13__<br><br>CASE NUMBER 2:10-bk-39070-AA<br><br>ADVERSARY NUMBER 2-10-ap-02339 |
|---|---|
| Ray Vincent Vargas, Jr.<br>Margarita Vargas<br><br>Plaintiff(s),<br>vs.<br><br>Pacifica First National, Inc.<br><br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only)(Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE<br>OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by ___8-25-10___, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: 9-01-10 | Time: 10:30 a.m. | Courtroom: 1375 | Floor: 13 FL |
|---|---|---|---|
| ☑ 255 East Temple Street, Los Angeles | | ☐ 411 West Fourth Street, Santa Ana | |
| ☐ 21041 Burbank Boulevard, Woodland Hills | | ☐ 1415 State Street, Santa Barbara | |
| ☐ 3420 Twelfth Street, Riverside | | | |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: ___7-26-10___

KATHLEEN J. CAMPBELL
Clerk of Court

By: _____
        *Deputy Clerk*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

F 7004-1

February 2010 (COA-SA)

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

| In re:<br>**Ray Vincent Jr., and Margarita Vargas**<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-39070-AA<br><br>Adversary Case No.: 2:10-ap-02339-EC |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**Law Offices of Anthony O. Egbase, The World Trade Center, 350 S. Figueroa Street, Suite 189, Los Angeles, CA 90071**

A true and correct copy of the foregoing document described <u>SUMMONS AND NOTICE OF STATUS CONFERENCE</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service information continued on attached page

**II.  <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u>**(indicate method for each person or entity served):
On __July 27, 2010_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**III.  <u>SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL</u>** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/27/10 | Victor G. Hernandez | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                **F 9013-3.1**

Summons and Notice of Status Conference - *Page 2*

F 7004-1

| In re | CASE NO: **2:10-bk-39070-AA** |
|---|---|
| **Ray Vincent Vargas, Jr.** **Margarita Vargas** Debtor(s). | |

**Ray Vincent Jr. & Margarita Vargas**
8518 E. Broadway
San Gabriel, CA 91776

Kathy A Dockery
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

United States Trustee
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

Pacifica First National, Inc.
11141 W. Washington Blvd.
Culver City, CA 90232

Pacifica First National, Inc.
c/o Benmar Services Inc.
Vincent J. Motyl
P.O. Box 4478
Carmel, CA 4478

**ATTORNEY FOR PACIFICA:**

Richard A. Lefkowitz, Esq.
2680 Townsgate Road.,#725
Westlake Village, CA 91361

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

F 7004-1

February 2010 (COA-SA)

Best Case Bankruptcy

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com